[No. 5817–1. Division One. August 14, 1978.]

BERTIL A. GRANBERG, ET AL, *Appellants,* v. TRANS–
AMERICA TITLE INSURANCE COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 9022, Howard A. Patrick, J., entered July 8, 1977. *Reversed* by unpublished per curiam opinion.

[No. 5851–1. Division One. August 14, 1978.]

*In the Matter of the Welfare of*
TINA A. HARNEY.

Appeal from a judgment of the Superior Court for King County, No. J–75470, Jerome M. Johnson and David W. Soukup, JJ., entered June 28 and October 11, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.